1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   GREG VARTANIAN,                           Case No.  12-cv-00691-WHO
                      Plaintiff,
8
         v.                                   **ORDER TO APPEAR AND ORDER TO
9                                             SHOW CAUSE**
    NATIONWIDE LEGAL, LLC, et al.,
10
                      Defendants.
11

12          By stipulation and Order dated February 13, 2014, plaintiff was to file his motion for

13   preliminary approval of the class action settlement by **February 20, 2014**.  Docket No. 88.

14   Instead of filing the required motion for preliminary approval, on that date plaintiff filed a "status

15   report" indicating that: "Due to unforeseen circumstances, Plaintiff's Counsel is unable to file the

16   Motion for Preliminary Approval of Settlement Agreement with an executed Stipulation of

17   Settlement and Release.  Counsel for Plaintiff and Defendants have conferred and Defendant has

18   indicated it intends to file a motion to enforce the settlement."  Docket No. 89.

19          On March 5, 2014, defendants filed a motion to enforce the class action settlement that

20   defendants believed was reached with plaintiff and his counsel.  Docket No. 96.  The motion to

21   enforce is set for hearing on **April 9, 2014** at 2:00 p.m.

22          In violation of the Civil Local Rules, plaintiff has not filed an opposition or otherwise

23   responded to defendants' motion to enforce.  Civ. L.R. 7-3.  In violation of this Court's Order, as

24   of this date, plaintiff has not filed his motion for preliminary approval.

25          **All counsel and Mr. Vartanian shall appear on April 9, 2014, at 2:00 p.m. to SHOW**

26   **CAUSE why this case should not be dismissed for failure to prosecute and failure to comply**

27   **with the Local Rules and Orders of this Court**.  Fed. Rule Civ. Proc. 41(b).  Local counsel and

28   Mr. Vartanian shall appear in person.  Pro Hac Vice counsel may appear by telephone, with prior

United States District Court
Northern District of California

1    arrangement with my courtroom deputy (WHO_CRD@cand.uscourts.gov).

2        **IT IS SO ORDERED**.

3    Dated: March 26, 2014

4    _____

     WILLIAM H. ORRICK
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2