Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
James C. Castle (235551), jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLISS LEE,<br><br>             Plaintiff,<br><br>      vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, INC., a New York Corporation; and DOES 1 through 50,<br><br>             Defendants. | CASE NO.: 13-CV-5458 (VC)<br><br>**[PROPOSED] ORDER ON THE PARTIES' STIPULATION TO CONTINUE THE TRIAL DATE, PRETRIAL CONFERENCE DATE, DISCOVERY CUTOFF AND MOTION DEADLINES**<br><br>Complaint Filed: September 19, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PARTIES' STIPULATION TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DATES

# ORDER

Pursuant to the Parties' Joint Stipulation to Continue the Trial Date, Pretrial Conference Date, Discovery Cutoff and Motion Deadlines, and good cause appearing therefor, the Court herby orders as follows:

1. The Trial Date is continued to March 30, 2015, or a date that is convenient for the Court, ~~namely,~~ _____;

2. The Final Pretrial conference is continued to March 17, 2015, or a date that is convenient for the Court, ~~namely,~~ _____;

3. The last day to complete non-expert discovery is continued to December 10, 2014; and

4. The last day to have motions for summary judgment heard is continued to February 5, 2015.

Dated: September 19, 2014         _____

                                                    The Honorable Vince Chhabria
                                                    United States District Court
BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
PARTIES' STIPULATION TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DATES