Nicholas G. Emanuel (Bar No. 238019)
GATES EISENHART DAWSON
125 South Market Street, Ste. 1200
San Jose, California  95113-2288
Telephone: (408) 288-8100
Fax: (408) 288-9409
E-mail: nge@gedlaw.com

Attorneys for Plaintiff, Corliss Lee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CORLISS LEE,<br><br>        Plaintiff,<br><br><br>vs.<br><br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 13-cv-05458-VC<br><br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

        The parties to this action, by and through their attorneys of record, hereby stipulate as follows:

_____

1

1    Whereas, the parties to this case each intend to bring a motion for summary

2    judgment;

3    Whereas, the court's standing order requires that the parties file a total of four

4    sequential briefs in the event of cross-motions for summary judgment;

5    Therefore, the parties agree that the Court should issue the following order:

6

7    The parties shall comply with the following briefing schedule in connection with

8    their respective motions for summary judgment, to be heard on February 5, 2014:

9

10    a.  Plaintiff's opening brief to be filed on or before December 8, 2014;

11    b.  Defendant's opening/opposition brief to be filed on or before

12        December 23, 2014;

13    c.  Plaintiff's opposition/reply to be filed on or before January 12, 2014;

14    d.  Defendant's reply to be filed on or before January 22, 2014.

15

16    SO STIPULATED.

17

18    Dated:  September 12, 2014          GATES EISENHART DAWSON

19                                       /s/ Nicholas G. Emanuel

20                                       _____

21                                       Nicholas G. Emanuel
                                         Attorney for Plaintiff

22

23

24    Dated:  September 12, 2014          BARGER & WOLEN LLP

25                                       /s/ Royal F. Oakes

26                                       _____

27                                       Royal F. Oakes
                                         Attorney for Defendant

28    _____

2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 26, 2014

VINC

United

IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3