Royal F. Oakes (080480), mnewman@hinshawlaw.com
Michael A. S. Newman (205299), mnewman@hinshawlaw.com
James C. Castle (235551), mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLISS LEE, | CASE NO.:  CV 13-05458 VC |
| Plaintiff, | Honorable Vince Chhabria |
| vs. | **PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS; AND [PROPOSED] ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, INC., a New York Corporation; and DOES 1 through 50, | |
| Defendants. | |
| | Complaint Filed: September 19, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS

1  Plaintiff CORLISS LEE ("Plaintiff") and Defendant METROPOLITAN LIFE
2  INSURANCE COMPANY ("MetLife") (collectively "Parties"), by and through their
3  respective counsel of record, hereby stipulate to extend the discovery cut-off date
4  thirty days from December 10, 2014 to January 9, 2015.

Good cause exists for this extension as the Parties have been actively engaged in completing written discovery and depositions for several months, however, they have been unable to complete the depositions due to calendar conflicts between counsel and the deposition witnesses. Plaintiff's counsel is unavailable for depositions between November 27 and December 7, 2014 due to a pre-planned vacation. Further complicating the scheduling of the final depositions is that they require bi-coastal travel during the holiday season, as some of the remaining witnesses are located in Connecticut and Florida. These calendar and travel conflicts make it impractical to complete the depositions before December 10, 2014. Counsel jointly believe the remaining depositions can be completed before January 9, 2015. To ensure the Parties are able to complete the mutually desired discovery, and that neither party is prejudiced by unavoidable discovery conflicts, the Parties stipulate to a thirty-day extension of the discovery cut-off. The requested extension of the discovery deadline to January 9, 2015 will not impact any of the previously set deadlines or trial date.

IT IS SO STIPULATED.

Dated: November 26, 2014                GATES EISENHART DAWSON


                                        By: */s/ Nicholas G. Emanuel*_____
                                            Nicholas G. Emanuel
                                            Attorneys for Plaintiff Corliss Lee

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS

Dated:  November 26, 2014          HINSHAW & CULBERTSON, LLP


By: */s/ Royal F. Oakes*
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
JAMES C. CASTLE
Attorneys for Defendant
Metropolitan Life Insurance
Company

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the discovery cut-off is extended to January 9, 2015.

**IT IS SO ORDERED:**

Dated: December 18, 2014

Hon. Vince Chhabria

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-

PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS