Royal F. Oakes (080480), mnewman@hinshawlaw.com
Michael A. S. Newman (205299), mnewman@hinshawlaw.com
James C. Castle (235551), mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLISS LEE, | CASE NO.:  CV 13-05458 VC |
| Plaintiff, | Honorable Vince Chhabria |
| vs. | **PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THREE WEEKS** |
| METROPOLITAN LIFE INSURANCE COMPANY, INC., a New York Corporation; and DOES 1 through 50, | |
| Defendants. | Complaint Filed: September 19, 2013 |

PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS

Plaintiff CORLISS LEE ("Plaintiff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") (collectively "Parties"), by and through their respective counsel of record, hereby stipulate to extend the discovery cut-off date by thee weeks, from January 9, 2014 through January 30, 2014.

Good cause exists for this extension as the Parties have been actively engaged in completing written discovery and depositions for several months, however, they have been unable to complete the depositions due to the failure of two witnesses to appear in response to subpoenas, the need to complete a deposition begun but not finished, and the difficulty locating a former employee.

The Court previously granted the parties' request to continue the discovery cutoff one month, from December 10, 2014 to January 9, 2015.  Counsel for the parties made a diligent effort to complete discovery by the January 9, 2015 deadline, but given the circumstances described above, coupled with the difficulty arranging schedules during the holiday season, not all discovery was completed.

Specifically, two percipient witnesses who were subpoenaed to appear for their depositions failed to appear, on December 9, 2014.  In addition, a party's deposition was suspended in order to complete the questioning pertaining to documents which were not available at the deposition.  Further, a retired employee of defendant has been difficult to locate and schedule for her deposition, and a non-employee consultant of defendant has similarly been difficult to locate and schedule for his deposition.  Finally, by continuing the discovery cutoff, the parties will be permitted to examine the remaining deponents with respect to the contents of an Independent Medical Examination being conducted on January 5, 2015.

These conflicts made it impossible for the parties to complete all depositions by January 9, 2015.  Counsel for both parties believe the remaining depositions can be completed before January 30, 2015.  To ensure the Parties are able to complete the mutually desired discovery, and that neither party is prejudiced by unavoidable conflicts, the Parties stipulate to a twenty-one-day extension of the discovery cut-off.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS

The requested extension of the discovery deadline to January 30, 2015 will not impact any of the previously set deadlines or trial date.

        IT IS SO STIPULATED.

Dated:  January 5, 2015                    GATES EISENHART DAWSON


                                           By: */s/ Nicholas G. Emanuel*_____
                                              Nicholas G. Emanuel
                                              Attorneys for Plaintiff Corliss Lee

Dated:  January 5, 2015                    HINSHAW & CULBERTSON, LLP


                                           By: */s/ Royal F. Oakes*_____
                                              ROYAL F. OAKES
                                              MICHAEL A.S. NEWMAN
                                              JAMES C. CASTLE
                                              Attorneys for Defendant
                                              Metropolitan Life Insurance
                                              Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the discovery cut-off is extended to January 30, 2015.

**IT IS SO ORDERED:**

Dated: _____January 6_____, 2015



IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PARTIES' STIPULATION TO EXTEND DISCOVERY CUT-OFF BY THIRTY DAYS