UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORLISS LEE,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 13-cv-05458-VC

**CASE MANAGEMENT ORDER; ORDER RE DISCOVERY**

Re: Dkt. No. 31

The defendant is ordered to give the plaintiff, by January 14, 2015, the contact information for the three percipient witnesses who still need to be deposed, namely, Claudia Cummings, Patricia Sullivan and Eric Kaplan.

The defendant is further ordered to work with the plaintiff to schedule the depositions of those three witnesses to be taken on or before January 30, 2015. If the defendant fails to get those depositions scheduled accordingly, the Court will entertain a motion for monetary and/or evidentiary sanctions.

The defendant is ordered to provide the plaintiff with all requested claims-handling documents by no later than January 23, 2015. If the defendant fails to produce those documents by that date, the Court will entertain a motion for monetary sanctions.

The plaintiff's motion to compel responses to Document Request No. 10 and Interrogatories Nos. 13 and 14 is denied.

The defendant has raised the possibility that the discovery deadline may need to be extended to obtain data from a physician who previously examined the plaintiff. Because the defendant could have subpoenaed the physician, the Court is not inclined to extend the discovery deadline. However, the Court will consider an administrative motion to extend the discovery

1  cutoff, briefly and for that limited purpose, if the defendant can clearly demonstrate that it is now
2  moving diligently to obtain the data.

3

4  **IT IS SO ORDERED**.

5  Dated:  January 13, 2015



6  _____
7  VINCE CHHABRIA
   United States District Judge