UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORLISS LEE,

        Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

Case No. 13-cv-05458-VC

**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS**

The parties are directed to file, no later than 3:00 p.m. on February 4, 2015, supplemental briefs, not to exceed 10 pages in length, identifying the specific evidence that the plaintiff presented to Metlife in support of the plaintiff's November 1, 2011 request for benefit authorization. The briefs should also identify any other evidence that Metlife considered in reaching its denial of this request. The briefs should not discuss any evidence that was not before Metlife as of its July 16, 2012 denial letter. The briefs should also address the effect, if any, of the language in the policy providing that "You will be eligible for Benefits only if . . . We are given proof, *satisfactory to Us* . . ." on the Court's review of the evidence on cross-motions for summary judgment.

**IT IS SO ORDERED**.

Dated: February 3, 2015

_____

VINCE CHHABRIA
United States District Judge