UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLISS LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  13-cv-05458-VC<br><br>**ORDER RE DEPOSITION OF KELLY GRAHAM** |

Having reviewed the parties' joint letter dated February 6, 2015, the Court Orders as follows:

Kelly Graham is hereby ordered to appear at 10:00 a.m. on February 19, 2015 at Hinshaw & Culbertson, LLP, One California Street, 18th Floor, San Francisco, CA 94111 so that the parties make take a full deposition of her.  In the event Ms. Graham fails to appear on such date, contempt proceedings will be initiated against her.  These proceedings may result in sanctions for civil contempt.

Defendant Metropolitan Life Insurance Company will promptly serve this Order on Kelly Graham.

**IT IS SO ORDERED**.

Dated: February 9, 2015

_____
VINCE CHHABRIA
United States District Judge