Royal F. Oakes (080480), roakes@mail.hinshawlaw.com
Michael A. S. Newman (205299), mnewman@mail.hinshawlaw.com
James C. Castle (235551), jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLISS LEE,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, INC., a New York Corporation; and DOES 1 through 50,<br><br>          Defendants. | CASE NO.: 13-CV-5458<br><br>[~~PROPOSED~~] **ORDER RE DEPOSITION OF KELLY GRAHAM**<br><br>[Pursuant to Fed. R. Civ. Pro. 26(a)]<br><br>Complaint Filed: September 19, 2013 |

HINSHAW &
CULBERTSON
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

ORDER
36022782v1 0963186

36024120v1 0963186

1  Having reviewed the parties' joint letter dated February 17, 2015, the Court Orders as
2  follows:
3  Kelly Graham is hereby ordered to appear at 10:00 a.m. on March 4, 2015 at Walnut Creek
4  Marriott, 2355 N. Main St., Walnut Creek, CA  94596, so that the parties may take a full deposition
5  of her. In the event Ms. Graham fails to appear on such date, contempt proceedings will be initiated
6  against her. These proceedings may result in sanctions for civil contempt.
7  Defendant Metropolitan Life Insurance Company will promptly serve this Order on Kelly
8  Graham, and may do so by e-mail.
9  IT IS SO ORDERED.
10 DATED:  February 28, 2015

By: _____
JUDGE  VINCE CHHABRIA

HINSHAW &
CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-i-
DEFENDANT METROPLITAN LIFE INSURANCE COMPANY'S REPLY BRIEF IN SUPPORT OF MSJ
36022782v1 0963186

36024120v1 0963186