UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORLISS LEE,

          Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE
COMPANY,

          Defendant.

Case No.  13-cv-05458-VC

**ORDER DENYING MOTION FOR SANCTIONS**

Re: Dkt. No. 49

The decision whether to impose sanctions under Rule 37(b) is within the discretion of the district court.  *See Halaco Eng'g Co. v. Costle*, 843 F.2d 376, 379 (9th Cir. 1988).  The Court does not find that sanctions are warranted in this case.  Accordingly, the plaintiff's motion is denied.

      **IT IS SO ORDERED.**

Dated: March 3, 2015

                        _____

                        VINCE CHHABRIA
                        United States District Judge

United States District Court
Northern District of California