UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLISS LEE, | No. C-13-5458-VC (DMR) |
| Plaintiffs, | **ORDER RE SEALED TRANSCRIPT** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, INC., | |
| Defendants. | |

On March 16, 2015, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

IT IS SO ORDERED.

Dated: March 16, 2015

DONNA M. RYU
United States Magistrate Judge